UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CHAQUICO,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON STARSHIP, INC., et al.,<br><br>Defendants. | Case No. 22-cv-04907-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Case Management Conference on March 23, 2023. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties will seek to engage in private mediation in the next 120 days.

2. AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be May 12, 2023. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

3. DISCOVERY.

On or before September 21, 2023, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number

1   of requests for production of documents or for inspection per party; and (d) a reasonable number
2   of requests for admission per party.

3       4.    DISCOVERY DISPUTES.

4   Discovery disputes will be referred to a Magistrate Judge. To initiate a referral, the Parties
5   should file a notice of need for discovery referral. After a Magistrate Judge has been assigned, all
6   further discovery matters shall be filed pursuant to that Judge's procedures.

7       5.    EXPERT WITNESSES.

8   The disclosure and discovery of expert witnesses shall proceed as follows:

    a.  On or before October 20, 2023, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b.  On or before November 17, 2023, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c.  On or before December 21, 2023, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

15      6.    FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **October 5, 2023 at 10:00 a.m.** The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

19      7.    PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than February 29, 2024.  The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

25      8.    PRETRIAL CONFERENCE.

The final pretrial conference will be held on **May 1, 2024 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each

party or lead counsel who will try the case shall attend personally.

9. TRIAL DATE.

A jury trial shall commence on **May 13, 2024 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: March 23, 2023

_____
RICHARD SEEBORG
Chief United States District Judge