UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG CHAQUICO,

    Plaintiff,

v.

JEFFERSON STARSHIP, INC., et al.,

    Defendants.

Case No. 22-cv-04907-RS

**ORDER RE SCHEDULING**

On October 5, 2023, plaintiff's counsel moved for leave to withdraw. The motion included a declaration asserting that counsel had on several occasions "provided the client notice of the dates, times and locations of upcoming deadlines, hearings, and other matters." The unopposed motion was granted on October 27, 2023, subject to the condition that counsel would continue to accept service for forwarding purposes pursuant to Civil Local Rule 11-5(b).

On November 6, 2023, plaintiff, *in pro se*, filed a request for an extension of time of unspecified length "on the deadline for Summary Judgment Hearing" to permit him to continue seeking substitute counsel. Plaintiff is advised no summary judgment motion has been filed, and no hearing date is pending. The operative case management scheduling order provides that all dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7 and shall be heard no later than February 29, 2024. Accordingly, no extension is necessary at this time.

Expert designations were due on October 20, 2023, prior to the date counsel's motion to withdraw was granted, and further expert discovery deadlines are upcoming. It is unclear whether

any party designated experts, and no request for relief is pending. In the interests of justice, however, any further expert deadlines are suspended until two weeks following the appearance of new plaintiff's counsel, or subsequent court order. The consequences of any failure to comply with prior deadlines will be addressed when and if it becomes necessary to do so.

**IT IS SO ORDERED**.

Dated: November 9, 2023

_____
RICHARD SEEBORG
Chief United States District Judge