UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG CHAQUICO,

    Plaintiff,

v.

JEFFERSON STARSHIP, INC., et al.,

    Defendants.

Case No. 22-cv-04907-RS

**ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING**

    The unopposed motion of plaintiff's counsel for leave to withdraw was granted on October 27, 2023. Shortly thereafter, plaintiff, in pro se, requested an extension of time of "the deadline for Summary Judgment Hearing" to permit him to continue seeking substitute counsel. An order issued advising plaintiff that no summary judgment motion had yet been filed, and that no hearing date was pending. Under the operative case management scheduling order, the deadline for hearing dispositive pretrial motions is February 29, 2024. Plaintiff's request for an extension of time while seeking counsel was therefore denied as unnecessary at that juncture.

    Defendants, knowing plaintiff remained unrepresented, then filed a motion for summary judgment with a hearing set for January 4, 2023. At plaintiff's request, defendants later stipulated to a two-week extension of the briefing schedule and the hearing date. When plaintiff requested a further extension, however, defendants declined. Defendants now oppose plaintiff's motion for relief, arguing their motion was filed with more than required notice, and that plaintiff has not provided sufficient information about his efforts to obtain counsel or otherwise shown good cause

for a further extension. Defendants also insist that they will prevail on the merits—an argument with virtually no relevance to the question at hand.

Plaintiff has demonstrated adequate diligence in his attempts to comply with the rules and to obtain substitute counsel. Good cause appearing, the hearing on defendants' motion for summary judgment is continued to February 29, 2024. Plaintiff's opposition is due February 8, 2024, and any reply is due February 15, 2024.

**IT IS SO ORDERED**.

Dated: January 2, 2024

RICHARD SEEBORG
Chief United States District Judge